1  RICHARD R. RUDNANSKY, Interim City Attorney #77981
   DAVID CERVANTES, Senior Deputy City Attorney #108973
2  City of Modesto
   P.O. Box 642
3  1010 Tenth Street, Suite 6300
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260

Attorneys for Defendants MPD OFFICER
KELLY REA, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTAL YORK, CHRISTAL YORK as Guardian Ad Litem for DEVON ALEN MICHAEL SILER, a Minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>MODESTO POLICE OFFICER KELLY REA, MODESTO POLICE OFFICER RHODEN, Badge No. 10924, MODESTO POLICE OFFICER MARIO GONZALES, MODESTO POLICE CHIEF ROY WASDEN, MODESTO CITY POLICE DEPARTMENT, THE CITY OF MODESTO, DANIEL PEREZ, et al.,<br><br>    Defendants. | No. CIV-F 03-6755 REC DLB<br><br>STIPULATION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action in its entirety be and hereby is dismissed with prejudice by Plaintiff CHRISTAL YORK, as Guardian Ad Litem for DEVON ALEN MICHAEL SILER, a minor, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs.

Dated: November ____, 2005        _____/s/ KEVIN G. LITTLE_____
                                   KEVIN G. LITTLE, ESQ.
                                   Attorney for Plaintiffs

1  Dated: January _____, 2006           RICHARD R. RUDNANSKY, Interim City Attorney

2

3                                       By____/s/  DAVID CERVANTES_____
                                           DAVID CERVANTES
4                                          Senior Deputy City Attorney
                                           Attorneys for Defendants
5

6  The filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

7

8

9
          GOOD CAUSE APPEARING, IT IS SO ORDERED.
10

11
   Dated: January 23, 2006              /s/ Dennis L. Beck
12                                      UNITED STATES MAGISTRATE JUDGE