1  RICHARD R. RUDNANSKY, Interim City Attorney #77981
   DAVID CERVANTES, Senior Deputy City Attorney #108973
2  City of Modesto
   P.O. Box 642
3  1010 Tenth Street, Suite 6300
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5
   Attorneys for Defendants MPD OFFICER
6  KELLY REA, et al.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  CHRISTAL YORK, CHRISTAL YORK as      )   No.  CIV-F 03-6755 DLB
    Guardian Ad Litem for DEVON ALEN     )
12  MICHAEL SILER, a Minor,              )   STIPULATION AND ORDER FOR
                                         )   DISMISSAL
13                Plaintiffs,            )
                                         )
14       vs.                             )
                                         )
15  MODESTO POLICE OFFICER KELLY         )
    REA, MODESTO POLICE OFFICER          )
16  RHODEN, Badge No. 10924, MODESTO     )
    POLICE OFFICER MARIO GONZALES,       )
17  MODESTO POLICE CHIEF ROY             )
    WASDEN, MODESTO CITY POLICE          )
18  DEPARTMENT, THE CITY OF              )
    MODESTO, DANIEL PEREZ, et al.,       )
19                                       )
                  Defendants.            )
20  _____)

21

22       IT IS HEREBY STIPULATED by and between the parties to this action through their

23  designated counsel that the above-captioned action in its entirety be and hereby is dismissed with

24  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own

25  attorney's fees and costs.

26

27  Dated:  November ____, 2005           _____/s/ KEVIN G. LITTLE_____
                                          KEVIN G. LITTLE, ESQ.
28                                        Attorney for Plaintiffs

                                        -1-               S:\ROSE\LITIGATI\York\Pleadings\Stipulation for Dismissal.wpd

STIPULATION AND ORDER FOR DISMISSAL

Dated: January _____, 2006                    RICHARD R. RUDNANSKY, Interim City Attorney


By____/s/  DAVID CERVANTES_____
DAVID CERVANTES
Senior Deputy City Attorney
Attorneys for Defendants

The filer attests that concurrence in the filing of this document has been obtained from each of the signatories.


    GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: <u>January 28, 2006</u>                    <u>      /s/ Dennis L. Beck                     </u>

                                                                   U. S. MAGISTRATE JUDGE